

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2013

No. 04-13-00454-CV and 04-13-00455-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF S.S.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2013MH1871 and 2013MH1959
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

On March 27, 2013, appellant filed a motion to consolidate appeal cause numbers 04-13-00454-CV and 04-13-00455-CV. Appellant's Certificate of Conference states appellant's counsel attempted to confer with the State, but was informed no attorney in the Bexar County District Attorney's Office has yet been assigned to the appeals. We have reviewed the cases, and agree the two cases are similar enough to treat them as one case.

Therefore, the motion is GRANTED and it is ORDERED that the two cases shall be consolidated for briefing and argument purposes (if argument is requested and granted). The parties shall file motions, briefs, and other pleadings as if the two appeals were one case, but shall put both appeal numbers in the style of the case. The records, however, shall remain separated. If oral argument is requested and granted, both cases shall be argued together, as a single appeal, and the total time limit for each side at oral argument shall equal the ordinary time limit for a single appeal. The court will dispose of the entire case with the same judgment, opinion, and mandate.

Maria E. Fattahi, who is the court reporter responsible for preparing, certifying, and filing the reporter's record in both cases, is reminded that the records were due July 22, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court